UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. SORENSON,<br>        Petitioner,<br>  v.<br>K. D. HARRIS,<br>        Respondent. | No. C 15-2430 NC (PR)<br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Tehama County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

IT IS SO ORDERED.

DATED:   June 17, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge